JON M. SANDS
Federal Public Defender
MICHAEL S. RYAN #018139
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700
michael_ryan@fd.org
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-08020-01-PCT-DJH |
|---|---|
| Plaintiff, | **Sentencing Memorandum and Request for a Downward Variance.** |
| vs. | |
| Noe Cecena-Castro, | |
| Defendant. | |

Mr. Cecena has worked since he was five years old.

He helps support his mother and his non-verbal sister.

He has no criminal history.

His success on pretrial services release demonstrates that he can live without using substances.

He is a survivor of child abuse.

This conduct was "out of character for Cecena-Castro." Presentence Report ("PSR") at 20.

Mr. Cecena is "a low risk to recidivate." PSR at 21.

The presentence report writer also suggests that "[a] downward variance may be appropriate [because of his] young age." He was 19 at the time. Sara Austin, M.Ed., a mitigation specialist for the Federal Defender's Office sets forth in her report a number of reasons why such youthfulness is mitigating, among other mitigating issues Ms. Austin raises. Exhibit 1.

Mr. Cecena has served two months and eight days in jail. The Court would be well grounded under 18 U.S.C. § 3553(a) in sentencing Mr. Cecena

to time-served followed by a period of supervised released. Such a sentence would also be well grounded in the issues raised in Mr. Cecena's objections at Document Number 264. Mr. Cecena has proved that he would not disappoint this Court and would do well under supervised release.

Respectfully submitted:       November 10, 2025.

JON M. SANDS
Federal Public Defender

 s/Michael S. Ryan
MICHAEL S. RYAN
Assistant Federal Public Defender
*Attorney for Defendant*