**FEDERAL PUBLIC DEFENDER**
**District of Arizona**
250 N. 7th Avenue, Ste 600
Phoenix, Arizona 85007

**JON M. SANDS**                                                602-382-2700
**Federal Public Defender**                              (Fax) 602-382-2800
                                                                          1-800-758-7053

November 10, 2025

HONORABLE DIANE J. HUMETEWA
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington Street, SPC 81
Phoenix, AZ 85003-2161

# MITIGATION REPORT

### *United States v. Noe Cecena-Castro, 3:25-cr-08020-DJH*

Dear Honorable Judge Diane J. Humetewa:

The following memorandum provides the Court with information about Noe Cecena-Castro relevant both to his background, how he came to be involved in the current offense, and the redeeming factors that support Noe maintaining his current status as a law abiding, productive member of our community. This memorandum is not meant to provide excuses, but instead, offer information to the court that may be useful at sentencing.

In preparation for this report, I have interviewed Noe on several occasions. I have also interviewed his brother Jose David.

Please consider the following mitigating factors:

- Noe was 19 years old at the time of the offense.
- As a child, he was physically abused by his father, and witnessed his father physically abuse his mother, two brothers, and younger sister.
- Noe has worked since the age of five years old.
- Noe does not abuse alcohol or illegal substances, reflecting the likelihood of a continued positive, productive path.
- Noe has no criminal history.

- According to the Presentence Investigation Report, while on pretrial supervision, Noe has been compliant as he submitted negative substance use tests, maintained employment, and reported as directed.
- Noe was interviewed by the probation officer and provided a statement wherein he has taken responsibility for his involvement in the offense.
- Noe has expressed remorse for his actions and stated he regrets his behavior.

## LIFE HISTORY:

Noe Cecena-Castro was born in Indio, California on October 5, 2005, to Saul Cecena-Millan and Maria de Jesus Castro Burboa. He has two older brothers, Saul and Jose David, also born in the United States. His family moved to the small city of Choix, Sinaloa, Mexico when he was only a few months old.

As a young child in Mexico, and since the age of 5 years old, Noe worked on his grandfather's farm. He tended to the crops which included peanuts, corn, beans, and watermelon. Noe explained that for a good portion of his upbringing, he was raised by his grandmother and grandfather. His father was a violent alcoholic who beat Noe, his mother, and his siblings. He couldn't stand to watch him become violent with his younger sister, who has autism and is non-verbal. His father would also hit his mother in front of the children. Noe took the brunt of the beatings, likely because he attempted to fight back. He stayed with his grandparents as a result.

He was raised there and finished primary school (earning a middle school certificate). After several years of serving on his grandparents' farm, Noe, age 13 at that time, and an uncle decided to return to the United States for work just prior to the pandemic. Noe began working with his brother as a wood-framer immediately upon his return. Noe also worked with a couple of his uncles who live here as well. He is exceptionally hard-working with no history of illegal substance use. Additionally, he abstains from alcohol, removing a potential barrier to achieving a successful future.

## NOE WAS 19 YEARS OLD AT THE TIME OF THE OFFENSE:

Along with every other aspect of development, the adolescent brain does not fully develop until about the age of 26. It is often the case where the criminal justice system will witness teenagers, old enough to face adult charges, but developmentally young enough to not have fully developed brains. The following is an explanation and listed consequences of our adolescent and young adults' delayed brain development:

- **Reward systems develop first:** The brain's social-emotional system, which drives rewards, emotional responses, and sensation-seeking, develops more quickly than the cognitive control system. This can lead to increased sensitivity to rewards and a greater tendency to act without thinking.

- **Cognitive control system is immature:** The prefrontal cortex, which is responsible for executive functions like foresight, planning, and impulse control, is the last part of the brain to fully mature. This leads to an increased likelihood of making rash decisions and a reduced ability to regulate behavior, especially in social situations.

- **"Foresight" is underdeveloped:** The ability to weigh immediate versus future consequences is a key part of foresight and is directly tied to the prefrontal cortex. As this area is still developing, adolescents have more difficulty with this kind of decision-making.

- **Impulsivity as a result:** The gap in development between the emotional and rational parts of the brain means that adolescents are more prone to impulsivity, acting without foresight of the consequences.[1]

In Noe's case, he was always seeking new opportunities for work so he could assist his mother and sister with expenses in Mexico. Research explains why Noe exercised poor judgment in agreeing to participate in this criminal activity. However, it is important to note that Noe recognizes his wrongdoing and has taken full responsibility for his actions. He has expressed sincere remorse and genuine shame for his behavior that day. These reflections demonstrate meaningful insight and suggest he will conduct himself with greater integrity in the future.


**SENTENCINTING CONSIDERATIONS:**

According to the Presentence Report (PSR) and pursuant to 18 U.S.C. § 3553(a)(1), the Court must consider the nature and circumstances of the offense, as well as the history and characteristics of the defendant. A downward variance may be appropriate in this case based on the defendant's youth. At the time of the offense, Noe was only 19 years old. He has no prior convictions, and a custodial sentence of 18 months may be greater than necessary to achieve deterrence in his case.

While on pretrial supervision, Noe demonstrated full compliance. He maintained steady employment, submitted negative drug and alcohol tests, and reported as directed.

Noe is an exceptionally hard worker with strong skills in wood framing, sheetrock installation, and other home construction trades. He has been employed since a very young age and has continuously supported himself. In fact, he takes great pride in having been fully financially independent since the age of 13.

Noe's lack of criminal history, consistent employment, and demonstrated responsibility all indicate a strong likelihood that he will continue to lead a law-abiding life. His conduct on pretrial supervision and his sincere efforts to comply with all conditions further support the conclusion that a sentence

---

[1] Adolescent Brain Development and Legal Culpability, NCJ Number 204311, Adam Ortiz

below the advisory guideline range would be sufficient, but not greater than necessary, to satisfy the goals of sentencing.

Thank you for considering the information herein.

Respectfully submitted,

Sara Austin, M.Ed.
Mitigation Specialist
Federal Public Defender
District of Arizona